**STATE v. SINGLETON**

[364 N.C. 418 (2010)]

STATE OF NORTH CAROLINA v. MICHAEL BURNETTE SINGLETON

No. 51PA10

(Filed 8 October 2010)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 201 N.C. App. ——, 689 S.E.2d 562 (2010), reversing an order subjecting defendant to the satellite-based monitoring program for life entered on 29 August 2008 by Judge Henry E. Frye, Jr. in Superior Court, Guilford County. Heard in the Supreme Court 7 September 2010.

*Attorney General Roy A. Cooper, III, by Joseph Finarelli and Special Counsel Hilary S. Peterson, for State-appellant.*

*Robert W. Ewing, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.